IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>SHANE RONALD SCHENDERLINE,<br><br>                     Defendant. | CR 19-39-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, SHANE RONALD SCHENDERLINE is

hereby released from the custody of the U.S. Marshals Service.

DATED this 8th day of July, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE